169 A.3d 974

FREEDOM FROM RELIGION FOUNDATION, ET AL., PLAIN-TIFFS–RESPONDENTS, v. MORRIS COUNTY BOARD OF CHOSEN FREEHOLDERS, ET AL., DEFENDANTS–MOVANTS, AND THE PRESBYTERIAN CHURCH IN MORRISTOWN, ET AL., DEFENDANTS–RESPONDENTS.

June 2, 2017

ORDER

It is ORDERED that the motion for relaxation of *Rule* 2:12–2(a) (M–1281) is granted; and it is further

ORDERED that the motion for direct certification (M–1282) is granted.